# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BALWINDER KAUR,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-01290-JLT-SAB-HC

ORDER DIRECTING RESPONDENTS TO FILE STATUS UPDATE AND SUPPLEMENTAL BRIEF

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

This Court previously ordered supplemental briefing on "(1) whether Petitioner has rebutted the six- month presumption; (2) whether Canada has refused to accept Petitioner; (3) what actions have been and are being taken in pursuing Petitioner's removal to Canada; and (4) what actions have been and are being taken in pursuing Petitioner's removal to a third country." (ECF No. 15 at 2–3.) In a supplemental brief, Respondents state that DHS has requested the immigration judge to reopen proceedings for consideration of Petitioner's asylum claim and that "under the unique circumstances of this case, a bond hearing before an immigration judge may be appropriate." (ECF No. 16 at 2.) However, Respondents cite to no authority that a bond hearing, rather than release pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001), is the appropriate remedy.

Accordingly, the Court HEREBY ORDERS that within **SEVEN (7) days** of the date of service of this order, Respondent SHALL FILE a supplemental brief informing the Court whether Petitioner's immigration proceedings have been reopened and what legal authority supports their argument that a bond hearing, rather than release pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001), is the appropriate remedy.

IT IS SO ORDERED.

Dated: **July 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge