**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BALWINDER KAUR,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-01290 JLT SAB (HC)

A-Number: 226-162-335

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE

(Docs. 1, 21)

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 11, 2026, the magistrate judge issued findings and recommendations that the petition for writ of habeas corpus be granted and Respondents be directed to immediately release Petitioner. (Doc. 21.) On August 19, 2026, Respondents filed timely objections. (Doc. 22.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on August 11, 2026 (Doc. 21) are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **GRANTED** on Ground One.

3. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner from custody subject to orders of supervision issued in accordance with 8 U.S.C. § 1231(a)(3).[1]
4. The Clerk of Court is directed to transmit a copy of this order to the California City Detention Facility and to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated: _August 27, 2026_

UNITED STATES DISTRICT JUDGE

[1] Because revocation of an order of supervision is subject to detailed regulatory procedures, the Court finds it unnecessary on this record to provide additional relief against re-detention.